```
1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6
7
8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| 14  This Document Relates To: | |
| 15  *James Alan Bell vs. G.D. Searle LLC, et al.*<br>(05-4450 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17  *James Rogers Fanning vs. G.D. Searle LLC, et al.*<br>(05-4453 CRB) | |
| 19  *John J. Driscoll vs. Pfizer Inc, et al.*<br>(05-4584 CRB) | |
| 20  *Barbara Clem vs. G.D. Searle LLC, et al.*<br>(05-4736 CRB) | |
| 22  *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*<br>(05-5360 CRB) | |
| 23  *Johnny Edwards vs. Pfizer Inc, et al.*<br>(06-1914 CRB) | |
| 25  *William Crowley vs. Pfizer Inc*<br>(06-2668 CRB) | |
| 26  *Connie B. Anderson vs. Pfizer Inc, et al.*<br>(06-2784 CRB) | |
| 28  *Tracy Baral vs. Pfizer Inc, et al.*<br>(06-2912 CRB) | |

-1-

| | |
|---|---|
| 1 | |
| 2 | *Willevene Gruver, et al. vs. Pfizer Inc, et al.* (06-2940 CRB) |
| 3 | *Michael Castle, et al. vs. Pfizer Inc, et al.* (06-3061 CRB) |
| 4 | |
| 5 | *Henry Anderson vs. Pfizer Inc, et al.* (06-3418 CRB) |
| 6 | *Carolyn Chasteen vs. Pfizer Inc, et al.* (06-3433 CRB) |
| 7 | |
| 8 | *James Craig vs. Pfizer Inc, et al.* (06-3554 CRB) |
| 9 | *Connie Akridge vs. Pfizer Inc, et al.* (06-3555 CRB) |
| 10 | |
| 11 | *Faye Cochran vs. G.D. Searle LLC, et al.* (06-3654 CRB) |
| 12 | *Herbert R. Gorham vs. G.D. Searle LLC, et al.* (06-3657 CRB) |
| 13 | |
| 14 | *David Dobbins vs. Pfizer Inc, et al.* (06-3950 CRB) |
| 15 | *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.* (06-4012 CRB) |
| 16 | |
| 17 | *Jerry Goodman vs. Pfizer Inc, et al.* (06-4013 CRB) |
| 18 | *Gene N. Gordon vs. G.D. Searle LLC, et al.* (06-4294 CRB) |
| 19 | |
| 20 | *Alyce B. Elliott vs. Pfizer Inc, et al.* (06-4419 CRB) |
| 21 | *Roger D. Conner vs. G.D. Searle LLC, et al.* (06-4483 CRB) |
| 22 | |
| 23 | *Elaine Givens vs. Pfizer Inc, et al.* (06-4608 CRB) |
| 24 | *Shelia Adams, et al. vs. Pfizer Inc, et al.* (06-5040 CRB) |
| 25 | |
| 26 | *Veronica Grice, et al. vs. Pfizer Inc, et al.* (06-5385 CRB) |
| 27 | *Jeffery L. Davis vs. Pfizer Inc, et al.* (06-7009 CRB) |
| 28 | |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)
2
   *Randy Gunter, et al. vs. Pfizer Inc, et al.*
3  (06-7524 CRB)

4  *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)
5
   *Christene Canada vs. Pfizer Inc, et al.*
6  (06-7771 CRB)

7  *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)
8
   *Dannie Graham vs. Pfizer Inc, et al.*
9  (06-7774 CRB)

10 *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
   (06-7775 CRB)
11
   *Michael Fisher vs. Pfizer Inc, et al.*
12 (07-0761 CRB)

13 *George S. Chiotakis vs. Pfizer Inc, et al.*
   (07-0860 CRB)
14
   *Ricky Estep vs. Pfizer Inc, et al.*
15 (07-0971 CRB)

16 *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
   (07-1124 CRB)
17
   *Shirley Darling, et al. vs. Pfizer Inc, et al.*
18 (07-1356 CRB)

19 *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
   (07-1371 CRB)
20
   *Richard L. Bowden vs. Pfizer Inc, et al.*
21 (07-1375 CRB)

22 *Betty Grulke vs. Pfizer Inc, et al.*
   (07-1768 CRB)
23
   *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
24 (07-1874 CRB)

25 *Phyllis Buonopane vs. Pfizer Inc, et al.*
   (07-2026 CRB)
26
   *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
27 (07-3034 CRB)

28 *Betty Lou Bass vs. Pfizer Inc, et al.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1 | (07-3643 CRB)
2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
3 | (07-3646 CRB)
4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.* (07-3955 CRB)
5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.* (07-4382 CRB)
6 |
7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.* (07-4983 CRB)
8 | *James Darty vs. G.D. Searle LLC, et al.* (07-5399 CRB)
9 |
10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.* (07-5590 CRB)
11 | *Morris Adams, et al. vs. Pfizer Inc, et al.* (07-5591 CRB)
12 |
13 | *Peter Fos vs. Pfizer Inc, et al.* (07-5685 CRB)
14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.* (07-5703 CRB)
15 |
16 | *Vivian Cobb vs. Pfizer Inc, et al.* (08-0257 CRB)
17 | *Roberta Bowman vs. Pfizer Inc, et al.* (08-0303 CRB)
18 |
19 | *Harriet Bratcher vs. Pfizer Inc, et al.* (08-0795 CRB)
20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.* (08-0977 CRB)
21 |
22 | *Ramond Beaver vs. Pfizer Inc, et al.* (08-1015 CRB)
23 | *Robert Colman vs. Pfizer Inc, et al.* (08-1016 CRB)
24 |
25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.* (08-1224 CRB)
26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.* (08-1351 CRB)
27 |
28 | *Tim Gray vs. Pfizer Inc, et al.* (08-1434 CRB)

-4-

*Owen L. May, et al. vs. Pfizer Inc, et al.*
(08-1590 CRB)

*Ronald Carr, et al. vs. Pfizer Inc, et al.*
(08-1591 CRB)

*Mary Basilisco, et al. vs. Pfizer Inc, et al.*
(08-1746 CRB)

*Earnest Colvin vs. Pfizer Inc, et al.*
(08-2470 CRB)

*Velma Burt vs. Pfizer Inc, et al.*
(08-2471 CRB)

*Sarah Benton vs. Pfizer Inc, et al.*
(08-2605 CRB)

*Lawanda Bell vs. Pfizer Inc, et al.*
(08-3708 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/29/2009   By: /s/ Navan Ward

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | DATED: Oct. 29, 2009  By: _/s/ [signature]_ |
| 2 | |
| 3 | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 4 | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 5 | |
| 6 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-